IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-21060
Summary Calendar
_____

SONNY WILSON,

                                        Plaintiff-Appellant,

versus

ROBERT N. QUADA; LISA
HARRISON; MARTHA D.
BLACKBURN; TEXAS DEPARTMENT
OF CRIMINAL JUSTICE-INSTITUTIONAL
DIVISION,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CV-3178
--------------------
May 18, 2000

Before REAVLEY, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

Sonny Wilson's complaints about unjustifiable burdens on his mail to communicate with counsel and about retaliation against him for filing grievances and complaints are matters for careful consideration by the defendants and prison officials. These allegations would, if proved, justify federal court remedies. By our judgment in the present appeal, no determination of prior facts is made.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The burden on the courts and on prison officials by Wilson's complaints has to be considered also.  His history of dismissed complaints, after trial and hearing, counts against him.  He has another case with trial pending, and another case filed about the same time as the present one.  The mere writing by him to the court of additional complaints does not warrant more judicial attention at the present. The district court did not abuse its discretion in dismissing his case.

AFFIRMED.